**United States Court of Appeals**
**FOR THE EIGHTH CIRCUIT**

_____

No. 96-2676EM

_____

| | | |
|---|---|---|
| Mark Dotzler; | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| Kevin Laughlin; Edward Dyck; | * | |
| Carrie Alspaw, | * | |
| | * | |
| Plaintiffs-Appellants, | * | |
| | * | |
| v. | * | |
| | * | |
| Ross Perot; The Perot Petition | * | |
| Committee; Mark Alan Blahnik; The | * | |
| Calahan & Gibbons Group; U.S. | * | |
| Datalink, Inc.; | * | |
| | * | Appeals from the United States |
| Defendants-Appellees, | * | District Court for the Eastern District |
| | * | of Missouri. |
| Equifax Credit Information Services; | * | |
| | * | [UNPUBLISHED] |
| Defendant, | * | |
| | * | |
| TRW, Inc.; | * | |
| | * | |
| Defendant-Appellee, | * | |
| | * | |
| Russ Melbye; Sandra Stone McClure, | * | |
| | * | |
| Defendants. | * | |
| _____ | * | |
| | * | |

Kevin Laughlin; Edward Dyck;     *
Carrie Alspaw,                    *
                                 *
        Plaintiffs-Appellants,   *
                                 *
   v.                            *
                                 *
Ross Perot; The Perot Petition   *
Committee; Mark Alan Blahnik; The *
Calahan & Gibbons Group; U.S.    *
Datalink, Inc.;                  *
                                 *
        Defendants-Appellees,    *
                                 *
Equifax Credit Information Services; *
                                 *
        Defendant,               *
                                 *
TRW, Inc.;                       *
                                 *
        Defendant-Appellee,      *
                                 *
Russ Melbye; Sandra Stone McClure, *
                                 *
        Defendants.              *

_____

No. 96-2677EM
_____

Mark Dotzler;                    *
                                 *
        Plaintiff-Appellant,     *
                                 *
Kevin Laughlin; Edward Dyck;     *
Carrie Alspaw,                   *

Plaintiffs,   *

  *

   v.   *

  *

Ross Perot;   *

  *

    Defendant-Appellee,   *

  *

The Perot Petition Committee; Mark   *
Alan Blahnik;   *

  *

    Defendants,   *

  *

The Calahan & Gibbons Group; U.S.   *
Datalink, Inc.;   *

  *

    Defendants-Appellees,   *

  *

Equifax Credit Information Services;   *

  *

    Defendant,   *

  *

TRW, Inc.;   *

  *

    Defendant-Appellee,   *

  *

Russ Melbye; Sandra Stone McClure,   *

  *

    Defendants.   *
_____   *

  *

Kevin Laughlin; Edward Dyck;   *
Carrie Alspaw,   *

  *

    Plaintiffs,   *

  *

   v.   *

-3-

Ross Perot;                                        *
                                                   *
              Defendant-Appellee,                  *
                                                   *
The Perot Petition Committee; Mark                 *
Alan Blahnik;                                      *
                                                   *
              Defendants,                          *
                                                   *
The Calahan & Gibbons Group; U.S.                  *
Datalink, Inc.;                                    *
                                                   *
              Defendants-Appellees,                *
                                                   *
Equifax Credit Information Services;               *
                                                   *
              Defendant,                           *
                                                   *
TRW, Inc.;                                         *
                                                   *
              Defendant-Appellee,                  *
                                                   *
Russ Melbye; Sandra Stone McClure,                 *
                                                   *
              Defendants.                          *

_____

Submitted: August 21, 1997
Filed: August 26, 1997

_____

Before FAGG, BOWMAN, and MURPHY, Circuit Judges.

_____

PER CURIAM.

-4-

Kevin Laughlin, Edward Dyck, Carrie Alspaw, and Mark Dotzler appeal the district court's orders dismissing for lack of personal jurisdiction their claims against Ross Perot, Mark Alan Blahnik, and The Calahan & Gibbons Group, and granting summary judgment in favor of U.S. Datalink, Inc. and TRW, Inc.  See Dotzler v. Perot, 899 F. Supp. 416 (E.D. Mo. 1995); Dotzler v. Perot, 914 F. Supp. 328, 330 (E.D. Mo. 1996).  Although the district court's rulings did not dispose of all the claims and parties, the district court entered final judgment for these appellees under Federal Rule of Civil Procedure 54(b).  Having carefully reviewed the record and the parties' briefs, we find no errors of law in the district court's analysis.  We thus affirm the district court's rulings.  See 8th Cir. R. 47B.

We deny the appellants' motions to supplement the record on appeal, and deny all other motions on appeal as moot.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

-5-